UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Katherine Ebert , <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>National Brokers of America, Inc. , <br><br>　　　　Defendant. | Case No. 2:17-cv-01983-KJM-EFB <br><br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment in the amount of $77,500 is hereby ENTERED against defendant:

National Brokers of America, Inc.

June 26, 2018　　　　　　　　　　　　　　　MARIANNE MATHERLY, CLERK

　　　　　　　　　　　　　　　　　　　　　　By: /s/ K. Zignago, Deputy Clerk